UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Andrew Lipian,

                  Plaintiff(s),

v.                                        Case No. 2:18−cv−13321−AJT−MKM
                                               Hon. Arthur J. Tarnow

University of Michigan, et al.,

                  Defendant(s),

**NOTICE TO APPEAR**

You are hereby notified to appear before District Judge Arthur J. Tarnow at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 107, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  August 28, 2019 at 11:00 AM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                          By: s/M. Lang
                                                                 Case Manager

Dated:   August 13, 2019