UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

A<small>NDREW</small> L<small>IPIAN</small>,

        Plaintiff,

v.

U<small>NIVERSITY OF</small> M<small>ICHIGAN</small>, <small>ET AL</small>.

        Defendants.
_____/

Case No. 18-13321

S<small>ENIOR</small> U.S. D<small>ISTRICT</small> J<small>UDGE</small>
A<small>RTHUR</small> J. T<small>ARNOW</small>

U.S. M<small>AGISTRATE</small> J<small>UDGE</small>
E<small>LIZABETH</small> A. S<small>TAFFORD</small>

**O<small>RDER</small> A<small>DOPTING</small> R<small>EPORT AND</small> R<small>ECOMMENDATION</small> [240]; D<small>ENYING</small> D<small>EFENDANT'S</small> M<small>OTION FOR</small> S<small>ANCTIONS</small> [209]; D<small>ENYING</small> P<small>LAINTIFF'S</small> M<small>OTION TO</small> S<small>TRIKE</small> [211]; G<small>RANTING</small> D<small>EFENDANT'S</small> M<small>OTION TO</small> F<small>ILE</small> E<small>XCESS</small> P<small>AGES</small> [255]; <small>AND</small> S<small>ETTING A</small> S<small>TATUS</small> C<small>ONFERENCE</small>**

On December 27, 2019, the Court referred several motions to the Magistrate Judge. [ECF No. 215]. One of which was Defendant's Motion for Sanctions [209], which argued that Plaintiff had deliberately misrepresented the September 3, 2019 Report issued by the University of Michigan's Office of Institutional Equity.

On March 2, 2020, the Magistrate Judge issued a Report and Recommendation ("R&R") advising the Court to deny without prejudice the motion, reasoning that the Court will have a fuller sense of the case and the issues at stake after ruling on Defendants' Motion to Dismiss [178] and Motion for Summary Judgment [203]. On April 9, 2020, the Court ruled on those motions, granting and denying both in part. Neither party objected to the R&R, and the Court finds that if Defendant believes that

the issues raised in his motion still have merit at this stage of the case, it may refile its motion.

On December 23, 2019, Plaintiffs filed a Motion to Strike [211] an inadvertently filed exhibit. The motion was unopposed, and the Court entered a Stipulated Order [237] striking the exhibit on February 6, 2020. The motion is moot.

On April 8, 2020, Defendant filed an Ex Parte Motion for Leave to File Excess Pages [255]. That motion will also be granted.

Accordingly,

The Report and Recommendation [240], having been reviewed by the Court, is **ADOPTED**.

**IT IS ORDERED** that Defendant's Motion for Sanctions [209] is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Strike [211] is **DENIED AS MOOT** and Defendant's Ex Parte Motion for Leave to File Excess Pages [255] is **GRANTED**.

The Court will conduct a telephonic status conference on this case on **Monday May 12, 2020 at 3:00 p.m.** Counsel are directed to contact the case manager at mike_lang@mied.uscourts.gov to confirm their availability or to discuss rescheduling.

**SO ORDERED**.

Dated: April 10, 2020

s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge